IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No.: 3:02-CR-00140-003 |
| | ) | Judge Phillips |
| MICHAEL STANLEY RODGERS | ) | |

### ORDER TO DISMISS

Upon motion of the United States, and it appearing to the court that defendant, Michael Stanley Rodgers, passed away on January 3, 2006, it is hereby ORDERED that the charges against him are dismissed.

ENTER:

*Thomas W. Phillips*

THOMAS W. PHILLIPS
UNITED STATES DISTRICT JUDGE